Case 2:12-cr-00050-KJD-GWF   Document 41   Filed 03/28/13   Page 1 of 3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br> TAMMY COLLINS,             )<br>                            )<br>            Defendant.      ) | 2:12-CR-050-KJD-(GWF) |

## FINAL ORDER OF FORFEITURE

On January 16, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TAMMY COLLINS to criminal offense forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have a requisite nexus to the offense to which defendant TAMMY COLLINS pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 32; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 23, 2013, through February 21, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.
3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8   law:
9       a.   A Universal M1 Long Rifle 30 Caliber bearing serial number 412600; and
10      b.   any and all ammunition ("property").
11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
13  as any income derived as a result of the United States of America's management of any property
14  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
15  according to law.
16  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17  certified copies to the United States Attorney's Office.
18  DATED this _9th_ day of _April_, 2013.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on March 28, 2013, by the below identified method of service:

CM/ECF:

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ste. 250
Las Vegas, NV 89101
Nancy_Vasquez@fd.org
Attorney for Tammy Collins

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal