# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-CR-0050-KJD-GWF |
| v. | **ORDER** |
| TAMMY COLLINS, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Extension of Time to File § 2255 (#43). Defendant asserts that she needs an open-ended extension in order to "start unraveling this at the original state level[.]"  However, Plaintiff's claims that she received ineffective assistance of counsel do not require any positive effort at the state level.  Therefore, Defendant's motion is granted only in part. Defendant will have thirty (30) days from the entry of this order to file a motion under 28 U.S.C. § 2255.

**IT IS SO ORDERED.**

DATED this 9th day of July 2014.

_____
Kent J. Dawson
United States District Judge